[No. 2845–II. Division Two. January 17, 1980.]

JOHN T. THOMPSON, *Appellant,* v. WEST BEUS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 66366, Robert J. Bryan, J., entered April 1, 1977. *Affirmed* by unpublished opinion per Soule, J., concurred in by Reed, C.J., and Pearson, J.

[No. 2996–4–III. Division Three. January 17, 1980.]

FRANCIS A. LARROUY, *Appellant,* v. AMOS McKOY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 244966, William J. Grant, J., entered July 7, 1978. *Remanded* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.

[No. 3203–5–III. Division Three. January 17, 1980.]

*In The Matter of the Estate of*
WARREN G. HANFORD.

Appeal from a judgment of the Superior Court for Whitman County, No. 13404, Philip H. Faris, J., entered December 8, 1978. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.

[No. 3747–II; 3858–II. Division Two. January 18, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. EARL LEROY HOLLON III, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, Nos. CR–195, 70730, John W. Schumacher, J., entered October 12, 1978. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.